IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br><br>KELLEY RAY KAIGHIN,<br><br>                          Defendant. | Case No. 3:23-cr-00061-MO-1<br><br>DEFENDANT'S THIRD UNOPPOSED MOTION FOR POSTPONEMENT OF SENTENCING DATE |

COMES NOW the Defendant, Kelley Ray Kaighin, by and through his attorney, Tyl W. Bakker, and good cause appearing therefore, respectfully requests that the Court grant his motion that the Sentencing be continued from Tuesday, August 12th, 2025, for approximately 30 days, to Thursday, September 11th, 2025, or a date thereafter convenient to the Court. This is the third continuance request for sentencing in this matter. The government, per AUSA Lewis Burkhart, does not object to this request. This motion is supported by the Declaration of Counsel.

Dated this the 17th day of July 2025.

                                                      /s/ Tyl Bakker
                                                      Tyl Bakker, OSB #902000
                                                      Attorney for Kelley Ray Kaighin